NELSON, RESPONDENT, v. DONOVAN ET AL., APPEL-
LANTS.

[Submitted December 23, 1893.   Decided January 22, 1894.]

NEW TRIALS—*Time for taking appeal.*—An appeal from an order granting motion
for a new trial, not taken within sixty days from the filing of the order, as
required by section 421 of the Code of Civil Procedure, will be dismissed on
motion.

APPEALABLE ORDER.—An order granting a motion for judgment on the pleadings
is not appealable.

*Appeal from Eighth Judicial District, Cascade County.*

ON MOTION to dismiss appeal.   Granted.

*Ed L. Bishop,* for the motion.

*Donovan & Lyter, contra:*

Per CURIAM.—The respondent moves to dismiss the appeal
from the order granting a new trial, for the reason that the
appeal was not taken within sixty days after the order was filed
with the clerk of the district court.

It appears by the record that the new trial was granted in
April, 1893, and that the appeal was taken August 12, 1893.
The appeal must be taken "within sixty days after the order
. . . . is made and entered in the minutes of the court, or
filed with the clerk." (Code Civ. Proc., § 421.)   The
appeal from the order granting a new trial was not taken
within the time prescribed, and must be dismissed, and it is so
ordered.   After the district court had granted plaintiff a new
trial, it granted plaintiff's motion for judgment on the plead-
ings.   From this order defendants also appeal.   Respondent
also moves to dismiss the appeal from this order.   This motion
is also granted, as an order granting a motion for judgment on
the pleadings is not appealable.   But the judgment itself is
appealable, and the notice also states that defendants appeal
from the judgment.

The case is therefore left in court standing upon the appeal
from the judgment.